In the Matter of CHARLES N. IRONSIDE, an Attorney, Respondent.

*Attorney and client — disbarment — retention of money.*

Proceedings to discipline the respondent for unprofessional conduct.

CLARKE, J.: The respondent was retained to collect a claim amounting to $265 under an agreement for the payment of ten per cent of the amount collected as a fee for services. The debtor on November 26, 1907, paid to the respondent $112 and on February 6, 1908, a further payment of $100, amounting in all to $212. Thereafter the client made inquiries of the respondent who not only concealed the fact that any payments had been made to him, but informed him that no payment had been made. Thereafter the client having learned the actual facts, employed another attorney to collect from the respondent, who finally paid $100. He has never paid any further portion of the amount collected and was properly found by the referee to have wrongfully and unlawfully converted his client's money to his own use and to have been guilty of deceit, fraud, malpractice and unprofessional conduct in his office as an attorney and counselor at law. Respondent must be disbarred. McLaughlin, Scott, Miller and Dowling, JJ., concurred. Respondent disbarred. Settle order on notice.

---

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Certain Real Estate, etc., for the Manhattan Terminal of the New York and Brooklyn Bridge.

Motion to confirm the report of a referee.

PER CURIAM: The referee's report is confirmed. We think, however, that the order should specify the persons to whom the money is to be paid and the amount to be paid to each person. If the mortgages have been satisfied, that amount should appear, and the balance payable to the petitioner stated. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ. Motion to confirm report granted. Settle order on notice.

---

WILLIAM N. AMORY, Appellant, v. WILLIAM M. IVINS, Respondent.

Appeal from parts of an order, entered in the New York county clerk's office on the 13th day of December, 1910, granting a motion to require the defendant to furnish a bill of particulars.

PER CURIAM: The order should be modified by striking out in clauses "1" and "2" thereof the words "and in what tenor, to what effect" and inserting in lieu thereof the words "and the substance of said alleged agreement;" by striking out in clause "6" thereof the words "and the basis of the claim that any such payment was 'on account' of the said 'work, labor and services' or 'on account' of said sum of $4,125;" and further by striking out in clause "11" thereof the words "and the basis of the claim that any such payment was 'on account' of the said 'work, labor and services' or 'on account' of said sum of $3,000;" and

as so modified affirmed, with ten dollars costs and disbursements to the defendant. Present — Ingraham, P. J., McLaughlin, Scott, Miller and Dowling, JJ. Order modified as directed in opinion and as so modified affirmed, with ten dollars costs and disbursements to defendant. Settle order on notice.